CHRISTOPHER G. DUNN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 20, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 2, 1885, which overruled defendant's exceptions, denied a motion for a new trial, and directed judgment on a verdict.

*Hamilton Harris* for appellant.

*Amasa J. Parker, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not voting.
Judgment affirmed.

––––––––––

THE CROOKED LAKE NAVIGATION COMPANY, Respondent, *v.* THE KEUKA NAVIGATION COMPANY, Appellant.

(Argued December 21, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1885, which denied a motion for a new trial, and directed judgment upon a verdict.

*William T. Morris* for appellant.

*William S. Oliver* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.